[No. 29524-1-I.   Division One.   April 12, 1993.]

THE ESTATE OF GRANDCHAMP, ET AL, *Appellants*, v. ERMA
GRANDCHAMP, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-2-01720-4, William E. Howard, J.,

entered November 5, 1991. *Reversed* by unpublished opinion per Forrest, J., concurred in by Kennedy and Agid, JJ.